UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA,    :
                             :
        Petitioner,          :
                             :
v.                           : CASE No. 8:08-MC-61-T-27TGW
                             :
TIM W. KASKEY,               :
                             :
        Respondent.          :
_____:


## REPORT AND RECOMMENDATION

The United States of America seeks to enforce in this suit an Internal Revenue Service (IRS) summons served upon the respondent, Tim W. Kaskey. For the following reasons, I recommend that the summons be enforced.

In this case, a petition was filed stating that an investigation was being conducted into the collection of tax assessments of the respondent for the years 1996 through 1999, and for the determination of the individual federal income tax liability of the respondent for the years 2001 and 2005. It was alleged further that the respondent was in possession of testimony and documents concerning the investigation and that a summons was issued by the IRS directing the respondent to appear before a revenue officer and

produce documents for examination. The respondent failed to appear in response to the summons, and failed to produce the required books, papers, records, or other data.

The revenue officer has filed a declaration under penalty of perjury stating that the books, papers, records and other data may be relevant to the collection of the federal income tax liabilities of Tim W. Kaskey for the tax periods ending December 31, 1996, through December 31, 1999, as well as the determination of the federal tax liability of Tim W. Kaskey for the years ending December 31, 2001, and December 31, 2005. It alleges further that, while some information is in the possession of the IRS, the documents sought are not. The petition also states that all administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

An Order to Show Cause was issued directing the respondent to file a written response within twenty (20) days of service (Doc. 2). Because the Order was not timely served, an Amended Order to Show Cause was issued directing the respondent to file a written response within twenty (20) days of service (Doc. 5). The Order further directed that, should the respondent raise any objection to the enforcement of the summons, he should appear for a hearing on August 29, 2008, at 10:30 A.M., to show cause why the summons should not be enforced. The Amended Order and accompanying documents were personally served upon the respondent on

July 24, 2008 (Doc. 7). However, the respondent did not file a written response and did not appear at the time scheduled for the hearing.

The Supreme Court held in United States v. Powell, 379 U.S. 48, 57-58 (1964), that a summons is to be enforced upon a showing "that the investigation will be conducted pursuant to a legitimate purpose, that the inquiry may be relevant to the purpose, that the information sought is not already within the [IRS's] possession, and that the administrative steps required by the Code have been followed...." In this case, the Government has made such a showing through the petition and the verified declaration. See United States v. Southeast First National Bank of Miami Springs, 655 F.2d 661, 664 (5th Cir. 1981). As indicated, the respondent has failed to controvert the showing or raise any other viable defense to the summons.

I therefore recommend that the respondent be ordered to comply with the IRS summons served upon him.

Respectfully submitted,

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: SEPTEMBER &, 2008

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).