# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                        Case No. 8:08-MC-61-T-27TGW

TIM W. KASKEY

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge Thomas G. Wilson recommending that Defendant be ordered to comply with the Internal Revenue Service summons served upon him by the Government. (Dkts. 1, 9). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED** that:

    1)      The Report and Recommendation (Dkt. 9) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    2)      The Government's Petition (Dkt. 1) is **GRANTED**. Defendant Tim W. Kaskey is directed to appear before Revenue Officer L. Keith, or any other designated officer of the Internal Revenue Service, at such time and place designated by the Government, to give testimony and

1

produce for examination and copying the books, records, papers, and other data as demanded by the summonses.

    3)     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this $2\overset{nd}{\_}$ day of October, 2006.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record